prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

96–1088. Wright v. Fed. Correctional Inst., Inc. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

96–1109. State ex rel. Youngstown City School Dist. Bd. of Edn. v. Krichbaum. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

COOK, J., dissents and would wait for respondent's response.

96–1132. Anderson v. Bodzick. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

96–1134. Bundy v. Fed. Correctional Inst., Inc. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

96–1138. LaBeff v. Fed. Correctional Inst., Inc. In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed.

## DISCRETIONARY APPEALS ALLOWED

95–2657. Bucyrus v. Fritz. *Crawford County*, No. 39520. Discretionary appeal allowed on Proposition of Law No. II only; *sua sponte*, cause held for the decision in 95–1377 and 95–1466, *supra*; briefing schedule stayed.

95–2668. Nationwide Mut. Ins. Co. v. Gula. *Summit County*, No. 17221. Discretionary appeal allowed; *sua sponte*, cause held for decision in 94–2569, *Cole v. Holland*, Summit County, No. 16703; briefing schedule stayed.

95–2677. Columbus v. Grove. *Franklin County*, No. 95APC06–679. Discretionary appeal allowed on Proposition of Law Nos. I and II; *sua sponte*, cause held for the decision in 95–372, *State v. Dick*, Tuscarawas County, No. 94AP040025; briefing schedule stayed.

Discretionary appeal allowed on Proposition of Law No. III; *sua sponte*, cause held for decision in 95–1377 and 95–1466, *supra*; briefing schedule stayed.

96–2. Thomas v. Freeman. *Summit County*, No. 17247.

MOYER, C.J., RESNICK and COOK, JJ., dissent.

96–66. Columbus v. Brown. *Franklin County*, No. 95APC08–993. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 95–1377 and 95–1466, *supra*; briefing schedule stayed.

96–67. State v. Gordon. *Franklin County*, No. 95APC08–1098. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 95–1377 and 95–1466, *supra*; briefing schedule stayed.

96–69. Columbus v. Lambros. *Franklin County*, No. 95APC06–704. Discretionary appeal allowed; *sua sponte*, cause held for the decision in 95–1377 and 95–1466, *supra*; briefing schedule stayed.

96–108. Perez v. Cleveland. *Hamilton County*, No. C–940553.

F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.